IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAN E. JOHNSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:17CV634–HEH
)
WARDEN PIXLEY, et al., )
)
Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On October 3, 2017, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on November 8, 2017, the Court directed Plaintiff to pay an initial partial filing fee of $16.18 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Nov. 27, 2017
Richmond, Virginia